UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JENN-CHING LUO

                Plaintiffs,

  -against-

BALDWIN UNION FREE SCHOOL DISTRICT
MICHELLE GALLO
SHERRISSE MARTIN
SUSAN M. GIBSON
JOHN M. SUOZZI

                Defendants.

------------------------------------------------------------------x

NOTICE OF APPEAL
12-CV-3073-(JS)(AKT)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    FEB 10 2016    ★

LONG ISLAND OFFICE

    Notice is hereby given that JENN-CHING LUO, pro se plaintiff, hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders and judgment:

    (Docket #106) JUDGMENT - ORDERED AND ADJUDGED that Plaintiff take nothing of Defendants; that Plaintiff's motion for reconsideration is denied; that Defendants' motion for summary judgment is granted; that in forma pauperis status is denied for the purpose of any appeal; and that this case is hereby closed. Signed by Douglas C. Palmer, Clerk of Court on 1/20/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/20/2016)

    (Docket #105) MEMORANDUM ORDER denying 100 Motion for Reconsideration; granting 102 Motion for Summary Judgment; Plaintiff's motion for reconsideration (Docket Entry 100) is DENIED, and Defendants' motion for summary judgment (Docket Entry 102) is GRANTED. The Court warns Plaintiff that if he continues to file frivolous motions for reconsideration, the Court will impose sanctions or require Plaintiff to seek leave of the Court before submitting such filings. The Court certifies that under 29 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith, and thus in forma pauperis status is denied for purpose of an appeal. The Clerk of the Court is directed to mark this matter CLOSED and mail a copy of this Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 1/12/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/12/2016)

    (Docket #91) MEMORANDUM OF DECISION AND ORDER - For the foregoing reasons, Judge Tomlinsons May 20, 2013 Order is AFFIRMED, and Plaintiffs motion to strike is DENIED. the Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962). The Clerk of the Court is directed to mail a copy of this Memorandum and

**RECEIVED**

1 / 2

FEB 1 2016

**EDNY PRO SE OFFICE**

Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 8/12/2014. C/M to pro se Plaintiff via FCM. (Coleman, Laurie) (Entered: 08/12/2014)


Date: Feb. 09, 2016

JENN-CHING LUO
PO Box 261
Birchrunville, PA 19421
(516)3430088

cc: By USPS Mail 2/9/2016
    Kelly E Wright

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:12–cv–03073–JS–AKT
### *Internal Use Only*

| | |
|---|---|
| Luo v. Baldwin Union Free School District et al | Date Filed: 06/20/2012 |
| Assigned to: Judge Joanna Seybert | Date Terminated: 01/20/2016 |
| Referred to: Magistrate Judge A. Kathleen Tomlinson | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 448 Civil Rights: Education |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jenn–Ching Luo**                     represented by   **Jenn–Ching Luo**
P.O. Box 261
Bircheunville, PA 19421
(516) 343–0088
PRO SE

V.

**Defendant**

**Baldwin Union Free School District**          represented by   **Jeltje DeJong**
Devitt Spellman Barrett, LLP
50 Route 111
Smithtown, NY 11787
631–724–8833
Fax: 631–724–8010
Email: J.dejong@devittspellmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly E Wright**
Devitt Spellman Barrett, LLP
50 Route 111
Smithtown, NY 11787
631–724–8833
Fax: 631–724–8010
Email: k.wright@devittspellmanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle Gallo**                     represented by   **Jeltje DeJong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly E Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan M. Gibson**                     represented by   **Jennifer B. Ettenger**
*TERMINATED: 03/21/2013*                          Catalano Gallardo &Petropoulos, LLP
100 Jericho Quadrangle
Suite 326
Jericho, NY 11753
516–931–1800
Fax: 516–931–1033
Email: jettenger@cgpllp.com
*ATTORNEY TO BE NOTICED*

**Ralph A. Catalano**
Catalano, Gallardo &Petropoulos, LLP
1565 Franklin Avenue
Mineola, NY 11501
516–742–8833
Fax: 516–742–7555
Email: rcatalano@cgpllp.com
*ATTORNEY TO BE NOTICED*

**William Louis Schleifer**
Catalano Gallardo &Petropoulos, LLP
100 Jericho Quadrangle
Suite 326
Jericho, NY 11753
516–931–1800
Fax: 516–931–1033
Email: wschleifer@cgpllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Briglio**                                  represented by  **Martin J. Coleman**
*TERMINATED: 03/21/2013*                                         Law Offices of Martin J. Coleman
                                                                 100 Crossways Park Drive West
                                                                 Suite 412
                                                                 Woodbury, NY 11797
                                                                 516–802–5960
                                                                 Fax: 516–802–5961
                                                                 Email: martinjcoleman75@rocketmail.com
                                                                 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Robert Briglio**                                  represented by  **Martin J. Coleman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Jenn–Ching Luo**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2012 | 1 | COMPLAINT against All Defendants Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by Jenn–Ching Luo. (Attachments: # 1 Civil Cover Sheet) (Russo, Eric) (Entered: 06/22/2012) |
| 06/20/2012 |  | Summons Issued as to All Defendants. (Russo, Eric) (Entered: 06/22/2012) |
| 06/20/2012 |  | FILING FEE: $ 350.00, receipt number 9884 (Russo, Eric) (Entered: 06/22/2012) |
| 06/20/2012 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.Do NOT return or file the consent unless all parties have signed the consent.** (Russo, Eric) (Entered: 06/22/2012) |

| | | |
|---|---|---|
| 06/20/2012 | | (Court only) ** Non Prisoner ProSe Flag Set (Russo, Eric) (Entered: 06/22/2012) |
| 06/20/2012 | 3 | Notice of Related Case (Russo, Eric) (Entered: 06/22/2012) |
| 06/25/2012 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 06/25/2012) |
| 07/06/2012 | 4 | ORDER – If service is not made upon Defendants by October 18, 2012, or if Plaintiff fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. Plaintiff is to provide a copy of this Order to Defendants along with the Summons and Complaint. So Ordered by Judge Joanna Seybert on 7/6/12. C/M (Valle, Christine) (Entered: 07/10/2012) |
| 07/10/2012 | | (Court only) ***Copy of Documents Mailed – Copy of 4 Order forwarded to Pro Se Plaintiff via first class mail. (Valle, Christine) (Entered: 07/10/2012) |
| 07/10/2012 | 5 | Letter from C. Vukovich to Pro Se Litigant dated 7/10/12 Re: To acknowledge receipt of Plaintiff's Civil Complaint. (Valle, Christine) (Entered: 07/11/2012) |
| 07/11/2012 | 6 | ANSWER to 1 Complaint , COUNTERCLAIM against Jenn–Ching Luo by Robert Briglio. (Coleman, Martin) (Entered: 07/11/2012) |
| 07/12/2012 | 7 | SCHEDULING ORDER: Initial Conference set for 8/2/2012 before Magistrate Judge A. Kathleen Tomlinson. SEE ATTACHED ORDER. Ordered by Magistrate Judge A. Kathleen Tomlinson on 7/12/2012. (Sofio, Lisa) (Entered: 07/12/2012) |
| 07/16/2012 | 8 | NOTICE of Appearance by Jeltje DeJong on behalf of Baldwin Union Free School District, Michelle Gallo (aty to be noticed) (DeJong, Jeltje) (Entered: 07/16/2012) |
| 07/16/2012 | 9 | First MOTION for Extension of Time to File Answer *to July 31, 2012* by Baldwin Union Free School District, Michelle Gallo. (DeJong, Jeltje) (Entered: 07/16/2012) |
| 07/17/2012 | 10 | NOTICE of Appearance by Ralph A. Catalano on behalf of Susan M. Gibson (aty to be noticed) (Catalano, Ralph) (Entered: 07/17/2012) |
| 07/17/2012 | 11 | CERTIFICATE OF SERVICE by Susan M. Gibson re 10 Notice of Appearance (Catalano, Ralph) (Entered: 07/17/2012) |
| 07/17/2012 | | (Court only) ***Staff Notes – There are no current disciplinary sanction orders as to Attorney Jeltje DeJong as of 7/17/12. (Valle, Christine) (Entered: 07/17/2012) |
| 07/17/2012 | | ORDER granting 9 Motion for Extension of Time to Answer Baldwin Union Free School District answer due 7/31/2012; Michelle Gallo answer due 7/31/2012.. Ordered by Magistrate Judge A. Kathleen Tomlinson on 7/17/2012. (Sofio, Lisa) (Entered: 07/17/2012) |
| 07/18/2012 | | (Court only) ***Staff Notes – There are no current disciplinary sanction orders as to Attorney Ralph Catalano as of 7/18/12. (Valle, Christine) (Entered: 07/18/2012) |
| 07/18/2012 | 12 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *for failure to state claims* by Susan M. Gibson. (Catalano, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 13 | AFFIDAVIT/DECLARATION in Support re 12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *for failure to state claims* filed by Susan M. Gibson. (Attachments: # 1 Exhibit A – Pltfs Complaint, # 2 Exhibit B –Notice of Appearance, # 3 Exhibit C–Plaintiff's Due Process Complaint, # 4 Exhibit D–School Districts Answer to Due Process Complaint, # 5 Exhibit E–School District's Letter Motion, # 6 Exhibit F–Pltf's resp to SD motion, # 7 Exhibit G–Emails between Plt, Def Gibson and IHO Briglio, # 8 Exhibit H–Dec and Order of IHO Briglio–12–27–11, # 9 Exhibit J–Mem and Order of SRO Stephanie Deyoe 2–22–12, # 10 Exhibit Mem and Order 3–15–11, # 11 Exhibit K–Judment this Ct 3–7–12) (Catalano, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 14 | MEMORANDUM in Support re 12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *for failure to state claims* filed by Susan M. Gibson. (Catalano, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 15 | CERTIFICATE OF SERVICE by Susan M. Gibson re 13 Affidavit in Support of Motion,,, 12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *for failure to state claims*, 14 Memorandum in Support (Catalano, Ralph) (Entered: 07/18/2012) |

| | | |
|---|---|---|
| 07/25/2012 | 16 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Baldwin Union Free School District, Susan M. Gibson. (Attachments: #_1 Declaration by Jeltje deJong, #_2 Exhibit A, #_3 Exhibit B, #_4 Exhibit C, #_5 Memorandum in Support, #_6 Affidavit of service) (DeJong, Jeltje) (Entered: 07/25/2012) |
| 07/30/2012 | 17 | NOTICE of Appearance by Kelly E Wright on behalf of Baldwin Union Free School District, Michelle Gallo (aty to be noticed) (Wright, Kelly) (Entered: 07/30/2012) |
| 07/30/2012 | 19 | Notice of MOTION to Dismiss *Defendant Briglio's Counterclaim under Rule 12(b)(6)* by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/01/2012) |
| 07/30/2012 | 20 | MEMORANDUM in Opposition Re:_12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/01/2012) |
| 07/31/2012 | | (Court only) ***Staff Notes – Attorney Kelly Wright has been checked for disciplinary proceedings. There are no current disciplinary sanction orders as of 7/31/12. (Valle, Christine) (Entered: 07/31/2012) |
| 07/31/2012 | 18 | MOTION to Dismiss Case as Frivolous by Robert Briglio. Responses due by 8/31/2012 (Attachments: #_1 Memorandum in Support, #_2 Declaration Affirmation in Support, #_3 Exhibit Complaint, #_4 Exhibit Answer of Robert Briglio, #_5 Exhibit Decision of State Review Officer) (Coleman, Martin) (Entered: 07/31/2012) |
| 08/02/2012 | 21 | MEMORANDUM in Support re_12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *for failure to state claims* filed by Susan M. Gibson. (Catalano, Ralph) (Entered: 08/02/2012) |
| 08/02/2012 | 22 | CERTIFICATE OF SERVICE by Susan M. Gibson re_21 Memorandum in Support (Catalano, Ralph) (Entered: 08/02/2012) |
| 08/06/2012 | 23 | Minute Entry for proceedings held before Magistrate Judge A. Kathleen Tomlinson:Initial Conference Hearing held on 8/2/2012. SEE ATTACHED ORDER. (Sofio, Lisa) (Entered: 08/06/2012) |
| 08/06/2012 | 24 | Letter *as directed by the Court* by Baldwin Union Free School District, Michelle Gallo (Attachments: #_1 8–2–2012 Order, #_2 Affidavit of Service) (DeJong, Jeltje) (Entered: 08/06/2012) |
| 08/07/2012 | 25 | NOTICE of Appearance by Jennifer B. Ettenger on behalf of Susan M. Gibson (aty to be noticed) (Attachments: #_1 Certificate of Service) (Ettenger, Jennifer) (Entered: 08/07/2012) |
| 08/07/2012 | 26 | MEMORANDUM OF LAW in Opposition Re:_16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/08/2012) |
| 08/07/2012 | 27 | MEMORANDUM OF LAW in Opposition Re:_18 MOTION to Dismiss Case as Frivolous, filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/08/2012) |
| 08/08/2012 | | (Court only) ***Staff Notes – Attorney Jennifer Ettenger has been checked for disciplinary proceedings. There are no current disciplinary sanction orders as of 8/8/12. (Valle, Christine) (Entered: 08/08/2012) |
| 08/14/2012 | 28 | REPLY to Response to Motion re_16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Baldwin Union Free School District, Michelle Gallo. (Attachments: #_1 Affidavit of Service) (DeJong, Jeltje) (Entered: 08/14/2012) |
| 08/14/2012 | 29 | AFFIDAVIT/AFFIRMATION re_28 Reply to Response to Motion *corrected affidavit of service* by Baldwin Union Free School District, Michelle Gallo (DeJong, Jeltje) (Entered: 08/14/2012) |
| 08/22/2012 | 30 | AFFIDAVIT/DECLARATION in Opposition re_19 Notice of MOTION to Dismiss *Defendant Briglio's Counterclaim under Rule 12(b)(6)* filed by Robert Briglio. (Attachments: #_1 Certificate of Service, #_2 Affidavit of Robert Briglio) (Coleman, Martin) (Entered: 08/22/2012) |

| | | |
|---|---|---|
| 08/29/2012 | 31 | Letter REPLY to Response to Motion Re: 18 MOTION to Dismiss Case as Frivolous, filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/30/2012) |
| 12/13/2012 | 32 | Notice of Related Case as to case 12cv6054(JS)(AKT). (McMahon, Carol) (Entered: 12/13/2012) |
| 03/08/2013 | 33 | NOTICE of Change of Address by Jenn–Ching Luo. (Valle, Christine) (Entered: 03/13/2013) |
| 03/13/2013 | | (Court only) ***Staff Notes – Plaintiff's change of address updated on docket sheet; person record updated. (Valle, Christine) (Entered: 03/13/2013) |
| 03/21/2013 | 34 | MEMORANDUM &ORDER granting 12 Motion to Dismiss for Failure to State a Claim; granting in part and denying in part 16 Motion to Dismiss for Failure to State a Claim; granting 18 Motion to Dismiss Case as Frivolous; denying 19 Motion to Dismiss. For the foregoing reasons, Gibson and Briglio's motions to dismiss are GRANTED. The District and Gallo's partial motion to dismiss is GRANTED IN PART and DENIED IN PART. Plaintiff's motion to dismiss Briglio's counterclaim is DENIED. Plaintiff's remaining claims, therefore, are his claim for IDEA administrative review, and his Section 1983 claims against Gallo and the District for (a) failing to consider information regarding B.L.'s placement in a Camphill–like setting and thus not providing Plaintiff a meaningful opportunity to recommend an educational placement, and (b) conducting administrative proceedings in which erroneous arguments were made and adopted. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. The Clerk of the Court is directed to terminate Gibson and Briglio as Defendants in this action; Robert Briglio and Susan M. Gibson terminated. The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 3/21/2013. C/M; C/ECF (Valle, Christine) (Entered: 03/21/2013) |
| 03/21/2013 | | (Court only) ***Copy of Documents Mailed – Copy of 34 Memorandum &Order forwarded to Pro Se Plaintiff, via first class mail. (Valle, Christine) (Entered: 03/21/2013) |
| 03/27/2013 | | SCHEDULING ORDER: A telephone status conference is set for April 11, 2013 at 11:30 a.m. Counsel for defendants is directed to initiate the call to Chambers with all parties on the line. Counsel for defendants is further directed to serve a copy of this Order on Plaintiff pro se forthwith and file proof of service on ECF. Ordered by Magistrate Judge A. Kathleen Tomlinson on 3/27/2013. (Sofio, Lisa) (Entered: 03/27/2013) |
| 03/27/2013 | 37 | Letter MOTION for Reconsideration Re: 34 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Dismiss Case as Frivolous, Plaintiff's motion to dismiss Briglio's counterclaim, by Jenn–Ching Luo. (Valle, Christine) (Entered: 04/02/2013) |
| 04/01/2013 | 35 | Letter *to pro se plaintiff advising him of conference call* by Baldwin Union Free School District (DeJong, Jeltje) (Entered: 04/01/2013) |
| 04/01/2013 | 36 | AFFIDAVIT/AFFIRMATION re 35 Letter *of service upon pro se plaintiff of conference date* by Baldwin Union Free School District (DeJong, Jeltje) (Entered: 04/01/2013) |
| 04/03/2013 | 40 | ANSWER to 6 Answer to Complaint, Counterclaim by Jenn–Ching Luo. (Valle, Christine) (Entered: 04/09/2013) |
| 04/04/2013 | 38 | RESPONSE in Opposition re 37 Letter MOTION for Reconsideration re 34 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss Case as Frivolous,, Add and Terminate Parties,,,,,,,,,,,,,,,,,,,,,,,,, *Plaintiff's motion to dismiss Briglio filed by Robert Briglio. (Coleman, Martin) (Entered: 04/04/2013)* |
| 04/04/2013 | 39 | CERTIFICATE of Counsel re 38 Response in Opposition to Motion, *Affirmation of Service on Pro Se Plaintiff* by Martin J. Coleman on behalf of Robert Briglio (Coleman, Martin) (Entered: 04/04/2013) |

| 04/12/2013 | 41 | Minute Entry for proceedings held before Magistrate Judge A. Kathleen Tomlinson:Telephone Conference held on 4/11/2013. The next conference will be held by telephone on May 20, 2013. SEE ATTACHED ORDER. (Sofio, Lisa) (Entered: 04/12/2013) |
|---|---|---|
| 04/12/2013 | 42 | AFFIDAVIT/AFFIRMATION *of Service of Court's Order on Pro Se Plaintiff* by Baldwin Union Free School District, Michelle Gallo (Wright, Kelly) (Entered: 04/12/2013) |
| 04/17/2013 | 46 | REPLY to Response to Motion Re: 37 Letter MOTION for Reconsideration Re 34 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Dismiss Case as Frivolous, *Plaintiff's motion to dismiss Briglio, filed by Jenn−Ching Luo. (Valle, Christine) (Entered: 04/30/2013)* |
| 04/22/2013 | 45 | PRE−DISCOVERY DISCLOSURE STATEMENT by Jenn−Ching Luo. (Ryan, Mary) (Entered: 04/29/2013) |
| 04/24/2013 | 43 | Letter *Informing Court of Discovery Sought from Plaintiff Luo* by Robert Briglio (Coleman, Martin) (Entered: 04/24/2013) |
| 04/26/2013 | 44 | Letter *indicating why discovery is not warranted* by Baldwin Union Free School District, Michelle Gallo (Wright, Kelly) (Entered: 04/26/2013) |
| 05/03/2013 | 47 | NOTICE of Appearance by William Louis Schleifer on behalf of Susan M. Gibson (aty to be noticed) (Schleifer, William) (Entered: 05/03/2013) |
| 05/03/2013 | 48 | Letter *Motion in Opposition to plaintiff's discovery demand* by Susan M. Gibson (Schleifer, William) (Entered: 05/03/2013) |
| 05/03/2013 | 49 | CERTIFICATE OF SERVICE by Susan M. Gibson re 47 Notice of Appearance (Schleifer, William) (Entered: 05/03/2013) |
| 05/03/2013 | 50 | CERTIFICATE OF SERVICE by Susan M. Gibson re 48 Letter *Motion* (Schleifer, William) (Entered: 05/03/2013) |
| 05/06/2013 | | (Court only) ***Staff Notes − Attorney William Schleifer has been checked for disciplinary proceedings. There are no current disciplinary sanction orders as of 5/6/13. (Valle, Christine) (Entered: 05/06/2013) |
| 05/09/2013 | 51 | Letter from Jenn−Ching Luo to Clerk dated 5/7/13 Re: To enclose original and copy of Plaintiff's Response for filing and return. NOTE: Copy was stamped and placed in SASE and mailed to Plaintiff on 5/9/13. (Valle, Christine) (Entered: 05/16/2013) |
| 05/09/2013 | 52 | Letter from Jenn−Ching Luo to Judge Tomlinson dated 5/7/13 Re: In response to letter motion of Defendant Gibson, dated 5/3/13; and to request that the Court deny the motion. (Valle, Christine) (Entered: 05/16/2013) |
| 05/24/2013 | 53 | Letter from C. Vukovich to Pro Se Litigant dated 5/24/13 Re: The enclosed Motion for Default Judgment is being returned without consideration or docketing for the following reason(s): Papers do not meet the minimum requirements for: Form or Content: See forms/instructions enclosed. (Valle, Christine) (Entered: 05/28/2013) |
| 05/24/2013 | 57 | Letter MOTION for Discovery *Demand to Produce &Written Questions,* by Jenn−Ching Luo. (Valle, Christine) (Entered: 06/05/2013) |
| 05/29/2013 | 54 | ANSWER to 1 Complaint by Baldwin Union Free School District, Michelle Gallo. (Attachments: # 1 Affidavit of Service) (Wright, Kelly) (Entered: 05/29/2013) |
| 05/29/2013 | 55 | AFFIDAVIT of Service for Answer to Complaint − *AMENDED AFFIDAVIT OF SERVICE Reflecting Service of Answer on Plaintiff at his correct/most current address* served on Jenn−Ching Luo, Plaintiff Pro Se on 5/29/2013, filed by Baldwin Union Free School District, Michelle Gallo. (Wright, Kelly) (Entered: 05/29/2013) |
| 05/29/2013 | 60 | Request for Certificate of Default by Jenn−Ching Luo. (Valle, Christine) (Entered: 06/06/2013) |
| 05/29/2013 | 61 | AFFIRMATION in Support Re: 60 Request for Certificate of Default by Jenn−Ching Luo. (Valle, Christine) (Entered: 06/06/2013) |

| | | |
|---|---|---|
| 05/30/2013 | 62 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Jenn−Ching Luo Re: 56 Minute Entry for Telephone Conference. (Valle, Christine) (Entered: 06/06/2013) |
| 06/05/2013 | 56 | Minute Entry for proceedings held before Magistrate Judge A. Kathleen Tomlinson:Telephone Conference held on 05/20/2013. SEE ATTACHED ORDER. Attorney Wright is directed to serve a copy of this Order upon the plaintiff pro se forthwith and to file proof of service on ECF. (Sofio, Lisa) (Entered: 06/05/2013) |
| 06/05/2013 | 58 | AFFIDAVIT of Service for Minute Order for 5/20/13 served on Pro Se Plaintiff Luo on 6/5/13, filed by Baldwin Union Free School District, Michelle Gallo. (Wright, Kelly) (Entered: 06/05/2013) |
| 06/05/2013 | 59 | DECLARATION *in Opposition to Plaintiff's 5/28/13 motion for a default judgment* by Baldwin Union Free School District, Michelle Gallo (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit B, # 4 Memorandum in Opposition, # 5 Affidavit of Service) (Wright, Kelly) (Entered: 06/05/2013) |
| 06/06/2013 | | REQUEST for Certificate of Default is denied at this time. re 60 Request for Certificate of Default. The complaint has been answered. C/m mailed to plaintiff. (Rios, Laura) (Entered: 06/06/2013) |
| 06/10/2013 | 63 | Letter MOTION to Strike 54 Answer to Complaint by Jenn−Ching Luo. (Valle, Christine) (Entered: 06/13/2013) |
| 06/14/2013 | | ORDER deferring ruling on 57 Motion for Discovery. The Court has received plaintiff's letter and does not understand by what authority plaintiff is attempting to overrule the Court's May 20, 2013 Order regarding the deadlines for service of written questions. A telephone status conference is set for June 19, 2013 at 4 p.m. to discuss this matter. Attorney Wright is directed to serve a copy of this Electronic Order on plaintiff by email, if possible, and by first class mail. Attorney Wright is further directed to initiate the call to Chambers with all parties on the line and to contact plaintiff by telephone as soon as possible to notify him of the conference. Ordered by Magistrate Judge A. Kathleen Tomlinson on 6/14/2013. (Sofio, Lisa) Modified on 6/14/2013 to correct date(Ryan, Mary). (Entered: 06/14/2013) |
| 06/19/2013 | 64 | Minute Order for proceedings held before Magistrate Judge A. Kathleen Tomlinson: granting in part 57 Motion for Discovery; Motion Hearing held on 6/19/2013 re 57 Letter MOTION for Discovery *Demand to Produce &Written Questions,* filed by Jenn−Ching Luo. SEE ATTACHED ORDER. (Sofio, Lisa) (Entered: 06/19/2013) |
| 06/19/2013 | 65 | AFFIDAVIT/AFFIRMATION re 64 Order on Motion for Discovery, Motion Hearing,, − *Affidavit of Service of copy of Order on Pro Se Plaintiff* by Baldwin Union Free School District, Michelle Gallo (Wright, Kelly) (Entered: 06/19/2013) |
| 07/01/2013 | 66 | Letter MOTION to Quash *with Exhibit A* by Susan M. Gibson. (Schleifer, William) (Entered: 07/01/2013) |
| 07/08/2013 | | SCHEDULING ORDER: A telephone conference is scheduled for July 9, 2013 at 9:30 a.m. Counsel for the School District is directed to initiate the call to Chambers with all parties on the line. Counsel for the school district is further directed to serve a copy of this Electronic Order on plaintiff pro se forthwith by electronic mail and file proof of service on ECF. Ordered by Magistrate Judge A. Kathleen Tomlinson on 7/8/2013. (Sofio, Lisa) (Entered: 07/08/2013) |
| 07/08/2013 | 67 | AFFIDAVIT/AFFIRMATION *of Service of Court order dated 7/8/13* by Baldwin Union Free School District, Michelle Gallo (Wright, Kelly) (Entered: 07/08/2013) |
| 07/08/2013 | 68 | First MOTION to Compel *Appearance by Jenn−Ching Luo at Deposition* by Robert Briglio. (Attachments: # 1 Exhibit Luo's Notice of Objection, # 2 Exhibit Original Noitce of Deposition by Briglio, # 3 Exhibit Baldwin UFSD Notice of Deposition, # 4 July 5 2013 E Mail to Luo, # 5 Exhibit Amended Notice of Deposition by Briglio) (Coleman, Martin) (Entered: 07/08/2013) |
| 07/11/2013 | 69 | Minute Order. for proceedings held before Magistrate Judge A. Kathleen Tomlinson: granting 68 Motion to Compel; Telephone Conference held on |

| | | |
|---|---|---|
| | | 7/18/2013. SEE ATTACHED ORDER. Attorney Coleman is directed to serve a copy of this order on plaintiff pro se forthwith and file proof of service on ECF. (Sofio, Lisa) (Entered: 07/11/2013) |
| 10/21/2013 | | ORDER granting 66 Motion to Quash. The Court has received Susan M. Gibson's July 1, 2013 letter motion to quash Pro se Plaintiff's Interrogatory No. 1 directed to Ms. Gibson. DE 66. The Court notes that Plaintiff has served an interrogatory on a witness who is not a party to this action. In addition, the Court notes that Plaintiff has filed no opposition to Gibson's motion. In addition, the Court finds that the information sought in Plaintiff's Interrogatory No. 1 is not relevant to the claims remaining in Plaintiff's case and the Court further notes that the response likely intrudes on attorney–client privilege. For these reasons, Gibson's letter motion to quash is granted. Counsel for Gibson is directed to serve a copy of this Electronic Order upon Plaintiff Pro se forthwith and file proof of service on ECF. Ordered by Magistrate Judge A. Kathleen Tomlinson on 10/21/2013. (Rizvi, Asad) (Entered: 10/21/2013) |
| 10/21/2013 | 70 | AFFIDAVIT of Service for Electronic Order *dated October 21, 2013* served on Plaintiff on October 21, 2013, filed by Susan M. Gibson. (Schleifer, William) (Entered: 10/21/2013) |
| 10/25/2013 | 72 | Letter from Jenn–Ching Luo to Clerk of Court dated 10/23/13 Re: To enclose for filing Notice of Motion for Sanctions and Memorandum of Law. (Valle, Christine) (Entered: 10/30/2013) |
| 10/25/2013 | 73 | Notice of MOTION for Sanctions *pursuant to FRCP 11(c)* by Jenn–Ching Luo. (Valle, Christine) (Entered: 10/30/2013) |
| 10/25/2013 | 74 | MEMORANDUM OF LAW in Support Re: 73 Notice of MOTION for Sanctions *pursuant to FRCP 11(c)* filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 10/30/2013) |
| 10/25/2013 | 75 | Letter from Jenn–Ching Luo to Clerk of Court dated 10/23/13 Re: To enclose for filing Notice of Motion to Dismiss Counterclaim and Memorandum of Law. (Valle, Christine) (Entered: 10/30/2013) |
| 10/25/2013 | 76 | Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)* by Jenn–Ching Luo. (Valle, Christine) (Entered: 10/30/2013) |
| 10/25/2013 | 77 | MEMORANDUM OF LAW in Support Re: 76 Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)* filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 10/30/2013) |
| 10/28/2013 | 71 | MOTION for pre motion conference *for anticipated summary judgment motion(s)* by Baldwin Union Free School District, Michelle Gallo. (Attachments: # 1 Rule 56.1 Statement, # 2 Plaintiff's Response to defendants' Rule 56.1 statement) (Wright, Kelly) (Entered: 10/28/2013) |
| 11/01/2013 | 78 | RESPONSE to Motion Re: 71 MOTION for pre motion conference *for anticipated summary judgment motion(s)* filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 11/08/2013) |
| 11/12/2013 | | Electronic ORDER denying 71 Motion for Pre Motion Conference at this time. Although counsel has complied with Judge Tomlinson's Order at Docket Entry 41 and has explained why additional discovery is not necessary before commencing dispositive motion practice, the undersigned shares in Judge Tomlinson's concern that a pre–motion conference is premature at this juncture, particularly in light of the large number of motions currently pending. This does not preclude counsel from again moving for a pre–motion conference. The Clerk of the Court is directed to mail a copy of this electronic Order to pro se Plaintiff. Ordered by Judge Joanna Seybert on 11/12/2013. (Amandola, Rose) (Entered: 11/12/2013) |
| 11/12/2013 | 79 | MOTION for Extension of Time to File Response/Reply as to 75 Letter, 76 Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)*, 73 Notice of MOTION for Sanctions *pursuant to FRCP 11(c)*, 77 Memorandum in Support, 74 Memorandum in Support, 72 Letter by Robert Briglio. (Attachments: # 1 Exhibit E–Mail to Luo August 11, 2013, # 2 Exhibit Lewtter to Luo to Withdraw Frivolous Motion) (Coleman, Martin) (Entered: 11/12/2013) |

| 11/13/2013 | | (Court only) ***Copy of Documents Mailed – Copy of 11/12/13 Electronic Order of Judge Joanna Seybert forwarded to Pro Se Plaintiff, via first class mail. (Valle, Christine) (Entered: 11/13/2013) |
|---|---|---|
| 11/15/2013 | 80 | ORDER re: 79 Letter/Motion for Extension of Time to File is GRANTED IN PART. Mr. Briglio may file an opposition on or before December 16, 2013. No further extensions will be granted. Ordered by Judge Joanna Seybert on 11/15/2013. (C/M Plaintiff) (Nohs, Bonnie) (Entered: 11/15/2013) |
| 12/04/2013 | 81 | Copy of LETTER by USPS Mail on 12/2/13 from Jenn–Ching Luo to Law Office of Martin J. Coleman, P.C. Re: Cease and Desist. (Coleman, Laurie) (Entered: 12/10/2013) |
| 12/10/2013 | 82 | AFFIDAVIT/DECLARATION in Opposition re 76 Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)* filed by Robert Briglio. (Attachments: # 1 Exhibit Luo Complaint, # 2 Exhibit Briglio Counterclaim, # 3 Exhibit Luo First Motion to Dismiss, # 4 Exhibit Briglio Affidavit, # 5 Exhibit Luo Deposaition Transcript Excerpts, # 6 Affidavit of Service) (Coleman, Martin) (Entered: 12/10/2013) |
| 12/10/2013 | 83 | MEMORANDUM in Opposition re 76 Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)* filed by Robert Briglio. (Coleman, Martin) (Entered: 12/10/2013) |
| 12/20/2013 | 84 | REPLY MEMORANDUM OF LAW in further Support re 76 Notice of MOTION to Dismiss *Counterclaim of Robert Briglio, pursuant to 12(c)*, 73 Notice of MOTION for Sanctions *pursuant to FRCP 11(c)* filed by Jenn–Ching Luo. (Fagan, Linda) (Entered: 12/27/2013) |
| 02/12/2014 | 85 | MEMORANDUM &ORDER: Plaintiff's Motion for Reconsideration 37 is GRANTED and Briglio's counterclaim against Plaintiff is DISMISSED WITH PREJUDICE. Plaintiff's renewed Motion to Dismiss Briglio's Counterclaim 76 is DENIED AS MOOT and Plaintiff's Motion for Sanctions 73 is DENIED. On Plaintiff's Motion to Strike 63 , the Court RESERVES JUDGMENT. The District and Gallo are ORDERED TO SHOW CAUSE, within 30 days of the date of this Order, why Plaintiff's Motion to Strike should not be granted. If they do no do so, the District and Gallo are in danger of being in default. The Court certifies that any appeal would not be taken in good faith and in forma pauperis status is DENIED for the purpose of an appeal. Ordered by Judge Joanna Seybert on 2/12/2014. (C/M Plaintiff) (Nohs, Bonnie) (Entered: 02/12/2014) |
| 02/13/2014 | 86 | Letter *regarding Court's decision dated 2/14/14 and request that defendants show cause why their Answer should not be stricken* by Baldwin Union Free School District, Michelle Gallo (Wright, Kelly) (Entered: 02/13/2014) |
| 02/19/2014 | 87 | ORDER re: 86 Letter. In response to the Court's Order to Show Cause, the District and Gallo refer the Court to Docket Entry 59, their opposition to Plaintiff's Motion for Default Judgment. Docket Entry 59, however, was filed before Plaintiff's Motion to Strike at Docket Entry 63. Contrary to the District's and Gallo's assertions, litigation regarding Plaintiff's attempt at obtaining a default judgment did not terminate Plaintiff's Motion to Strike. Accordingly, the District and Gallo may file a formal response to the Court's Order to Show Cause as directed in Docket Entry 85. If they do not do so, the Court will consider this letter and Docket Entry 59 as their only response to the Motion to Strike. Ordered by Judge Joanna Seybert on 2/19/2014. (Nohs, Bonnie) (Entered: 02/19/2014) |
| 02/24/2014 | 88 | REPLY to Response to Motion Re: 63 Letter MOTION to Strike 54 Answer to Complaint filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 03/11/2014) |
| 03/13/2014 | 89 | MEMORANDUM in Opposition *to plaintiff's motion to strike/in response to Court's directive of February 14, 2014 (DE 85)*, AFFIDAVIT/DECLARATION in Opposition re 63 Letter MOTION to Strike 54 Answer to Complaint filed by Baldwin Union Free School District, Michelle Gallo. (Attachments: # 1 Exhibit A, # 2 Memorandum in Opposition, # 3 Affidavit of Service) (Wright, Kelly) (Entered: 03/13/2014) |
| 03/21/2014 | 90 | LETTER dated 3/17/14 from Jenn–Ching Luo to Judge Seybert Re: "I submit this letter to contradict District's Response (as DKT #89) for the cause why Luo's |

| | | |
|---|---|---|
| | | motion to strike District's answer shall not be granted." (Coleman, Laurie) (Entered: 04/01/2014) |
| 08/12/2014 | 91 | MEMORANDUM OF DECISION AND ORDER – For the foregoing reasons, Judge Tomlinsons May 20, 2013 Order is AFFIRMED, and Plaintiffs motion to strike is DENIED. the Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962). The Clerk of the Court is directed to mail a copy of this Memorandum and Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 8/12/2014. C/M to pro se Plaintiff via FCM. (Coleman, Laurie) (Entered: 08/12/2014) |
| 08/14/2014 | 92 | MOTION for pre motion conference *in Anticipation of Defendants' Motion for Summary Judgment* by Baldwin Union Free School District, Michelle Gallo. (Attachments: #_1 Rule 56.1 Statement, #_2 Plaintiff's Response to Defendants' Rule 56.1 Statement) (Wright, Kelly) (Entered: 08/14/2014) |
| 08/18/2014 | 93 | Letter from Jenn–Ching Luo to Judge Seybert dated 8/15/14 Re: To respond to the District's request for briefing schedule; and to advise that Plaintiff has no problem with the request and proposed briefing schedule. (Valle, Christine) (Entered: 08/21/2014) |
| 08/21/2014 | 94 | Letter MOTION for Reconsideration re_91 Order on Motion to Strike,, *pursuant to Rule 6(b)(1)(B)* by Jenn–Ching Luo. (Valle, Christine) (Entered: 08/25/2014) |
| 08/25/2014 | 95 | REPLY in Opposition re_94 Letter MOTION for Reconsideration re_91 Order on Motion to Strike,, *pursuant to Rule 6(b)(1)(B)* filed by Baldwin Union Free School District, Michelle Gallo. (Wright, Kelly) (Entered: 08/25/2014) |
| 08/28/2014 | 96 | Letter REPLY to_95 Reply in Opposition re_94 Letter MOTION for Reconsideration re_91 Order on Motion to Strike,, pursuant to Rule 6(b)(1)(B) filed by Jenn–Ching Luo. (Florio, Lisa) (Entered: 09/03/2014) |
| 10/16/2014 | 97 | ORDER granting_92 Motion for Pre–Motion Conference. Ordered by Judge Joanna Seybert on 10/16/2014. c/m to plaintiff, first class, on 10/17/2014 (Baran, Charles) (Entered: 10/16/2014) |
| 10/16/2014 | | Set/Reset Hearings: Pre–Motion Conference set for 11/13/2014 at 2:00pm in Courtroom 1030 before Judge Joanna Seybert. The Court will also hear argument on the plaintiff's motion for reconsideration (docket entry_94 ). (Baran, Charles) (Entered: 10/16/2014) |
| 11/06/2014 | 98 | LETTER from Jenn–Ching Luo to Judge Seybert dated 11/3/14 Re: Oral argument. (Attachments: #_1 Mailing Envelope) (Coleman, Laurie) (Entered: 11/12/2014) |
| 11/13/2014 | 99 | Minute Order for proceedings held before Judge Joanna Seybert: Pre–Motion Conference held on 11/13/2014, denying_94 Motion for Reconsideration. Plaintiff advised by Court re: Rule 56.2. Motion to be filed by 12/15/2014;Response by 1/20/2015;Reply by 2/4/2015. (Court Reporter SP) (Baran, Charles) (Entered: 11/13/2014) |
| 11/19/2014 | 100 | Letter MOTION for Reconsideration re_99 Order on Motion for Reconsideration, Pre Motion Conference,, by Jenn–Ching Luo. (Valle, Christine) (Entered: 12/04/2014) |
| 12/04/2014 | 101 | REPLY in Opposition re_100 Letter MOTION for Reconsideration re_99 Order on Motion for Reconsideration, Pre Motion Conference,, filed by Baldwin Union Free School District, Michelle Gallo. (Wright, Kelly) (Entered: 12/04/2014) |
| 12/12/2014 | 102 | MOTION for Summary Judgment by Baldwin Union Free School District, Michelle Gallo. Responses due by 1/20/2015 (Attachments: #_1 Rule 56.2 Notice to Pro Se Plaintiff, #_2 Declaration, #_3 Exhibit A, #_4 Exhibit B–1, #_5 Exhibit B–2, #_6 Exhibit B–3, #_7 Exhibit B–4, #_8 Exhibit C, #_9 Rule 56.1 Statement, #_10 Memorandum in Support, #_11 Affidavit of Service, #_12 Affidavit of Service) (Wright, Kelly) (Entered: 12/12/2014) |

| | | |
|---|---|---|
| 01/15/2015 | 103 | Letter REPLY in Opposition Re: 102 MOTION for Summary Judgment, filed by Jenn–Ching Luo. (Valle, Christine) (Entered: 01/22/2015) |
| 02/03/2015 | 104 | REPLY in Support re 102 MOTION for Summary Judgment filed by Baldwin Union Free School District, Michelle Gallo. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Service) (Wright, Kelly) (Entered: 02/03/2015) |
| 01/12/2016 | 105 | MEMORANDUM ORDER denying 100 Motion for Reconsideration; granting 102 Motion for Summary Judgment; Plaintiff's motion for reconsideration (Docket Entry 100) is DENIED, and Defendants' motion for summary judgment (Docket Entry 102) is GRANTED. The Court warns Plaintiff that if he continues to file frivolous motions for reconsideration, the Court will impose sanctions or require Plaintiff to seek leave of the Court before submitting such filings. The Court certifies that under 29 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith, and thus in forma pauperis status is denied for purpose of an appeal. The Clerk of the Court is directed to mark this matter CLOSED and mail a copy of this Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 1/12/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/12/2016) |
| 01/12/2016 | | (Court only) ***Copy of Documents Mailed: Copy of 105 Memorandum &Order forwarded to Pro Se Plaintiff, via first class mail. (Valle, Christine) (Entered: 01/12/2016) |
| 01/20/2016 | 106 | JUDGMENT – ORDERED AND ADJUDGED that Plaintiff take nothing of Defendants; that Plaintiff's motion for reconsideration is denied; that Defendants' motion for summary judgment is granted; that in forma pauperis status is denied for the purpose of any appeal; and that this case is hereby closed. Signed by Douglas C. Palmer, Clerk of Court on 1/20/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/20/2016) |
| 01/20/2016 | | (Court only) ***Appeals Packet mailed to Pro Se Plaintiff Re: 106 Judgment. (Valle, Christine) (Entered: 01/20/2016) |
| 02/10/2016 | 107 | NOTICE OF APPEAL as to 91 Order on Motion to Strike, 106 Clerk's Judgment, 105 Order on Motion for Reconsideration, Order on Motion for Summary Judgment by Jenn–Ching Luo. (Cox, Dwayne) (Entered: 02/12/2016) |
| 02/12/2016 | | APPEAL FILING FEE DUE re 107 Notice of Appeal Please either come to the clerks office or mail the filing fee in the amount of $505.00. C/M to pro se appellant. (Cox, Dwayne) (Entered: 02/12/2016) |
| 02/12/2016 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 107 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Cox, Dwayne) (Entered: 02/12/2016) |