**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

Date: January 27, 2017
Docket #: 16-421cv
Short Title: Luo v. Baldwin Union Free School Dist

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 12-cv-3073
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Seybert
DC Judge: Tomlinson

**VERIFIED ITEMIZED BILL OF COSTS**

Counsel for

_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

_____

and in favor of

_____

for insertion in the mandate.

Docketing Fee      _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies _____ ____) _____

Costs of printing reply brief (necessary copies _____ ) _____

**(VERIFICATION HERE)**

_____
Signature