# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand and eighteen.

Before:        Peter W. Hall,
Debra Ann Livingston,
Christopher F. Droney,
           *Circuit Judges*.

_____

Jenn-Ching Luo,

        Plaintiff-Counter-Defendant - Appellant,

v.

Baldwin Union Free School District, Michelle Gallo,

        Defendants- Appellees,

Robert Briglio,

        Defendant-Counter-Claimant-Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 16-421

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,976.80 in favor of the Defendants-Appellees Baldwin Union Free School District and Michelle Gallo.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/03/2018